| | |
|---|---|
| **UNITED STATES DISTRICT COURT**<br>**SOUTHERN DISTRICT OF NEW YORK**<br>-----------------------------------------------------------x<br>**429-441 86TH STREET LLC,**<br>　　　　　　　　　**Plaintiff,**<br><br>　　　　v.<br><br>**TOWN SPORTS INTERNATIONAL**<br>**HOLDINGS, INC.,**<br><br>　　　　　　　　　**Defendants.**<br>-----------------------------------------------------------x | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC#: _____<br>DATE FILED: __3/15/2021__<br><br>**1:21-cv-01356-ALC**<br><u>**ORDER**</u> |

**ANDREW L. CARTER, JR., District Judge:**

　　The Court is in receipt of the Parties' letters regarding how to proceed in this matter. ECF Nos. 13, 14. Whether or not to require Plaintiff, which initiated this matter in New York state court by a motion for summary judgment in lieu of complaint, to file a complaint is a decison within the sound discretion of this Court. *See Com/Tech Commun. Techs. v. Wireless Data Sys.*, 163 F.3d 149, 151 (2d Cir. 1998). The Court declines to require Plaintiff to file a complaint.

　　Defendant is ORDERED to file an answer by March 23, 2021. The Parties are further ORDERED to file a status report with a proposed schedule for the briefing of Plaintiff's motion for summary judgment, and any other motions then contemplated, by March 30, 2021.

**SO ORDERED.**
**Dated: March 15, 2021**
　　　**New York, New York**

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**ANDREW L. CARTER, JR.**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**United States District Judge**