```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __4/7/2021__
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
**429-441 86TH STREET LLC,**

            **Plaintiff,**

    v.                                    **1:21-cv-01356-ALC**
                                               <u>**ORDER**</u>

**TOWN SPORTS INTERNATIONAL**
**HOLDINGS, INC.,**

            **Defendant.**
-------------------------------------------------------------x

**ANDREW L. CARTER, JR., District Judge:**

The Court is in receipt of the Parties' status report. ECF No. 16. The Court hereby ORDERS Defendant to file a further response indicating what discovery it would seek prior to the briefing of Plaintiff's motion for summary judgment. The response must be made no later than April 12, 2021.

**SO ORDERED.**
**Dated: April 7, 2021**
       **New York, New York**

_/s/ Andrew L. Carter, Jr._
**ANDREW L. CARTER, JR.**
**United States District Judge**